317

No. 38871.—Protests 677528–G, etc., of L. H. Parke Co. (Philadelphia).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 the laurel leaves in question were held free of duty under paragraph 1722 as claimed.

No. 38872.—Protests 823978–G, etc., of Charles Ewels et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38873.—Protests 820816–G, etc., of Saks & Co., Inc., et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38874.—Protests 768611–G, etc., of Academic Supply Co., Inc., et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38875.—Protests 765004–G, etc., of Boutross Bros. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38876.—Protests 764968–G, etc., of Europa Sales Corp. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38877.—Protests 761182–G, etc., of San Diego Fruit & Produce Co. et al. (Nogales, etc.).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38878.—Protests 688707–G, etc., of Glendale Linen Co. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38879.—Protests 692311–G, etc., of Alms & Doepke Co. et al. (Cleveland, etc.).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.